11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



Hector Florez,                                    * From the 142nd District Court
                                                   of Midland County,
                                                   Trial Court No. CR43113.

Vs. No. 11-23-00195-CR                             * August 15, 2024

The State of Texas,                                * Memorandum Opinion by Trotter, J.
                                                   (Panel consists of: Bailey, C.J.,
                                                   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's revocation judgment insofar as the trial court assessed delinquent fines, attorney's fees, costs, and restitution against Appellant, and we affirm the trial court's revocation judgment in all other respects. We remand this cause to the trial court for the limited purpose of performing the "ability to pay" inquiry and, if necessary, modifying its revocation judgment.